IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIS MAX LESTER,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE<br><br><br>Case No. 2:04-CR-280 TS<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant's Motion for Early Termination of

Supervised Release.  For the reasons discussed below, the Court will grant the Motion.

## I.  BACKGROUND

On May 5, 2004, Defendant was charged with possession of a controlled substance with

intent to distribute, carrying and possessing a firearm during a drug trafficking crime, and

possession of a controlled substance.  Defendant pleaded guilty to Counts I and II on

April 6, 2005.  On June 21, 2005, Defendant was sentenced to a term of 120 months in the

custody of the Bureau of Prisons, to be followed by 60 months of supervised release.

Defendant began his term of supervision on February 22, 2013.  In his Motion, Defendant

represents that he has complied with the terms of his supervised release.  Defendant also

represents that he has a number of physical ailments that make it difficult for him to work and

that he would like to receive disability benefits.  Consultation with Defendant's supervising

officer confirms that Defendant has complied with the terms of supervision.

## II.  DISCUSSION

18 U.S.C. § 3583(e) permits the Court to terminate supervised release at any time after a defendant has completed at least one year of supervised release, but prior to completion of the entire term, if the Court is satisfied that such action is (1) warranted by the conduct of an offender and (2) is in the interest of justice.  In making this determination, the Court is directed to consider the factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable.

Having considered these factors, reviewed the docket and case file, and consulted with Defendant's supervising officer, the Court finds that early termination of Defendant's term of supervised release is both warranted by the conduct of the offender and in the interest of justice.

## III.  CONCLUSION

It is therefore

ORDERED that Defendant's Motion for Early Termination of Supervised Release (Docket No. 46) is GRANTED.  It is further

ORDERED that Defendant's term of supervised release shall be terminated effective immediately and this case shall be closed.

DATED this 17th day of October, 2016.

BY THE COURT:

Ted Stewart
United States District Judge

2